Opinion issued July 25, 2002












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00639-CR

____________


ROY LEE GILBERT, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause No. 872894






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on September 19, 2001. No motion for new trial was filed. 
The deadline for filing notice of appeal was therefore October 19, 2001, 30 days after
sentencing. See Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on April 24,
2002, more than six months after the deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.